**INTERNATIONAL FLORA TECHNOLOGIES, LTD.,**
Appellant,

v.

**DESERT WHALE JOJOBA COMPANY, INC.,**
Appellee.

No. 2007–1154.

United States Court of Appeals, Federal Circuit.

Sept. 10, 2007.

Geoffrey S. Kercsmar, The Kercsmar Law Firm, P.C., of Scottsdale, Arizona, argued for appellant. On the brief was Douglas W. Gilmore, Noblitt & Gilmore, LLC, of Scottsdale, AZ.

Dale F. Regelman, Chandler & Udall, LLP, of Tucson, AZ, for the appellee. With him on the brief was Quan L. Nguyen.

Before RADER, Circuit Judge, CLEVENGER, Senior Circuit Judge, DYK, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.